IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. WILLIAMS, JR.,

    Plaintiff,                          No. CIV S-07-2703 LKK EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                   FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner without counsel prosecuting this civil rights action in forma pauperis. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915(a). The case was referred to the undersigned by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A and, for the following reasons, finds it fails to state a claim for relief.

        To state a claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a right secured to him by the Constitution or laws of the United States while acting under color of state law. *West v. Atkins*, 487 U.S. 42, 48-49 (1988). Plaintiff claims that defendants violated his rights under the First and Fourteenth Amendments by prohibiting him from possessing magazines containing frontal nudity. The Ninth Circuit Court of Appeal, in its decision in *Mauro v. Arpaio*, 188 F.3d 1054 (9th Cir. 1999), upheld a correctional facility's

1 policy of excluding all material containing frontal nudity was rationally related to the jail's
2 legitimate penological objectives or maintaining security, rehabilitating inmates, and reducing
3 sexual harassment of female detention officers.

4     Accordingly, it is hereby RECOMMENDED that this action be dismissed for plaintiff's
5 failure to state a claim.  *See* 28 U.S.C. § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128
6 (9th Cir. 2000) (indigent prisoner proceeding without counsel must be given leave to file
7 amended complaint unless the court can rule out any possibility that the plaintiff could state a
8 claim).

9     These findings and recommendations are submitted to the United States District Judge
10 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
11 after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
14 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
15 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

16 Dated:  April 9, 2008.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE